IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUSTINO MARTINS,** | : | **CIVIL ACTION** |
| **Petitioner** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN KERESTES, et al.,** | : | **No. 12-2724** |
| **Respondents.** | : | |
| | : | |

### ORDER

**AND NOW**, this 13th day of December, 2013, upon careful and independent consideration of the petition for a writ of habeas corpus (Doc. No. 1), review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (Doc. No. 10), and "Petitioner's Objections to Magistrate's Report and Recommendation" (Doc. No. 14), which was filed pro se, it is hereby **ORDERED** that:

1. Petitioner's Objections to the Report and Recommendation are **OVERRULED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The petition for a writ of habeas corpus is **DISMISSED** with prejudice.

4. There is no probable cause to issue a certificate of appealability.

5. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____

**MITCHELL S. GOLDBERG, J.**